# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAURIE E. DAWSON, | ) | CASE NO. 1:17-CV-2090 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | ORDER |
| *Acting Comm'r of Soc. Sec.,* | ) | |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

On October 5, 2017, Plaintiff filed a Complaint pursuant to Title 42 U.S.C. Section 1381. (ECF #1). This Court referred the matter to Magistrate Judge Ruiz pursuant to Local Rule 72.2(b). On November 26, 2018, the Magistrate Judge recommended that the final decision of the Commissioner be reversed and remanded. (ECF #15). On December 4, 2018, the Defendant filed a Response to the Report and Recommendation stating that she will not be objecting. (ECF #16).

Therefore, Magistrate Judge Ruiz's Report and Recommendation is **ADOPTED** and the decision of the Commissioner is reversed and the case remanded, pursuant to 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

                                              **s/ Christopher A. Boyko**
                                              **CHRISTOPHER A. BOYKO**
                                              **United States District Judge**

**Dated: December 19, 2018**